UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KEVIN YOO, Individually and On Behalf of
All Others Similarly Situated,

Plaintiff,

v.

INTRA-CELLULAR THERAPIES, INC.,
SHARON MATES, LAWRENCE J.
HINELINE, and KIMBERLY E.
VANOVER,

Defendants.

Case No. 1:17-cv-02928

**STIPULATION AND
[PROPOSED] ORDER**

---

WHEREAS, the Complaint in this action was filed on May 12, 2017;

WHEREAS, the Complaint is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1.      The undersigned counsel for the Defendants is authorized to accept and does accept service of the Summons and the Complaint in this action.

2.      Not later than sixty (60) days after the entry of an order appointing Lead Plaintiff and Plaintiff's Lead Counsel pursuant to the PSLRA, Lead Plaintiff shall either: (1) serve and file an amended complaint which shall serve as the operative complaint and shall supersede any other complaints filed in and/or transferred to this Court in this action or related actions, or (2) notify Defendants that no amended complaint will be filed that will supersede the Complaint filed in this action on May 12, 2017.

3.       Defendants shall move, answer, or otherwise respond to the operative complaint in this action within sixty (60) days of service upon Defendants' counsel of an amended complaint or Lead Plaintiff's notification that no amended complaint will be filed.

4.       If any Defendants move to dismiss the operative complaint, Lead Plaintiff will have sixty (60) days to oppose any such motion, and the movants will then have thirty (30) days to file any replies in support of their motion to dismiss.

There have been no previous requests for an extension of time.

Dated: New York, New York
        May 31, 2017

THE ROSEN LAW FIRM, P.A.

By: */s/ Laurence M. Rosen*
    Laurence M. Rosen
    Phillip Kim
275 Madison Ave., 34th Floor
New York, New York 10016
(212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Attorneys for Plaintiff Kevin Yoo*

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/  Richard A. Rosen*
    Richard A. Rosen
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3305
rrosen@paulweiss.com

*Attorney for Defendants*

2

SO ORDERED:

_____
U.S.D.J.