UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INTRA-CELLULAR, INC. SECURITIES LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master File No.: 1:17-cv-02928-NG-JO<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

WHEREAS:

1.  On May 12, 2017, Plaintiff Kevin Yoo filed a class action, alleging violations of the anti-fraud provisions of the Federal Securities laws against Defendants Intra-Cellular Therapies, Inc., Sharon Mates, Lawrence J. Hineline, and Kimberly E. Vanover, through their counsel (ECF No. 1); and

2.  On July 31, 2017, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, the Court issued an Order, consolidating two related cases and appointing Larry Milton and Wendy Beer as "Lead Plaintiffs" in these Consolidated Actions and approving their selection of The Rosen Law Firm, P.A. as lead counsel (ECF. No. 20); and

3.  Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Lead Plaintiffs wish to dismiss these Consolidated Actions voluntarily, without prejudice; and

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2017 ★
BROOKLYN OFFICE

4. Lead Plaintiffs have not moved for nor has the Court certified a class in these Consolidated Actions,

NOW THEREFORE, the parties, through their counsel, agree that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Lead Plaintiffs Larry Milton and Wendy Beer hereby voluntarily dismiss this action, without prejudice, against all Defendants and that all parties will bear their own fees and costs to date related to these Consolidated Actions.

Dated: September 20, 2017  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Phillip Kim*
Phillip Kim, Esq.
275 Madison Avenue, Suite 440
New York, NY CA 90071
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Lead Plaintiffs*

2

PAUL WEISS RIFKIND WHARTON
& GARRISON, LLP


By: /s/ Richard A. Rosen
Richard A. Rosen, Esq.
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 492-0305
Email: rrosen@paulweiss.com

*Counsel for Defendants Intra-Cellular Therapies, Inc., Sharon Mates, Lawrence J. Hineline, and Kimberly E. Vanover*

SO ORDERED, this 26 day of October, 2017

/s/ Nina Gershon
THE HONORABLE NINA GERSHON
UNITED STATES DISTRICT JUDGE